# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DONNA MOORADIAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:17-cv-01132-JG |
| vs. ) | |
| ) | Honorable James S. Gwin |
| FCA US LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ------------------------ ) | |
| ) | |
| BRIAN FREY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 5:17-cv-2154-JG |
| vs. ) | |
| ) | Honorable James S. Gwin |
| FCA US LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Defendant FCA US LLC hereby notifies the Court that these consolidated cases have settled on an individual basis with respect to the named Plaintiffs. Notices of dismissal with prejudice of Plaintiffs' individual claims will be filed upon execution of formal settlement agreements.

Dated: December 19, 2017         Respectfully Submitted,

                                     By: */s/ Kevin W. Kita*
                                              Denise A. Dickerson (0064947)
                                              Kevin W. Kita (0088029)
                                              SUTTER O'CONNELL CO.
                                              1301 East 9th Street
                                              3600 Erieview Tower
                                              Cleveland, Ohio 44114
                                              Phone: (216) 928-2200
                                              Fax: (216) 928-4400
                                              ddickerson@sutter-law.com
                                              kkita@sutter-law.com

                                              Kathy A. Wisniewski (admitted *pro hac vice*)
                                              Stephen A. D'Aunoy (admitted *pro hac vice*)
                                              Thomas L. Azar, Jr. (admitted *pro hac vice*)
                                              One US Bank Plaza
                                              St. Louis, Missouri 63101
                                              Phone: (314) 552-6000
                                              Fax: (314) 552-7000
                                              kwisniewski@thompsoncoburn.com
                                              sdaunoy@thompsoncoburn.com
                                              tazar@thompsoncoburn.com

                                              *Attorneys for FCA US LLC*

## CERTIFICATE OF SERVICE

       The undersigned certifies that on this 19th day of December, 2017, a copy of foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Kevin W. Kita*